47 A.3d 1178

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Troy BROWN, Petitioner.**

**No. 34 EM 2012.**

Supreme Court of Pennsylvania.

July 9, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 9th day of July, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 15 days of this order.